No. 804. THE METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, PETITIONER, *v.* CENTRAL TRUST COMPANY OF NEW YORK ET AL. April 26, 1909. Petition for a writ of cer-

tiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. James Byrne, Mr. Carl Taylor, Mr. L. L. Lewis* and *Mr. R. B. Davis* for petitioner. *Mr. Henry W. Anderson, Mr. Arthur H. Van Brunt, Mr. Hill Carter* and *Mr. John Pickrell* for respondents.